```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 18-04304-JJT
George Paul Skumanick                                           Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: MMchugh              Page 1 of 2              Date Rcvd: Dec 07, 2018
                              Form ID: ntnew341          Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db             +George Paul Skumanick,   61 Putnam Street,   Tunkhannock, PA 18657-1203
cr             +BANK OF AMERICA N.A.,    C/O POWERS, KIRN & ASSOCIATES, LLC,
                 8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980
5118064        +Bank of America,    PO Box 31785,   Tampa, FL 33631-3785
5126494         CACH, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5118067        +FNCB Bank,   102 East Drinker Street,   Scranton, PA 18512-2432
5118069        +Judd Fitze, Esq,   7 Marion St,   Tunkhannock, PA 18657-1210
5118074        +KML Law Group, PC,    Mellon Independence CTR,   701 Market St, ste 5000,
                 Philadelphia, PA 19106-1541
5118070        +Kim Skumanick,   61 Putnam Street,   Tunkhannock, PA 18657-1203
5120656        +MTGLQ Investors, L.P,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
5118076        +Selene Finance, LP,    9990 Richmond Ave,   STE 400S,   Houston, TX 77042-8500
5118077        +Seterus,   14523 SW Millikan Way,    Dte 200,   Beaverton, OR 97005-2352
5118078        +Sheriff of Wyoming County,    1 Courthouse Square,   Tunkhannock, PA 18657-1228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5118065        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2018 19:08:33     Comenity Bank/Kingsize,
                 PO Box 182789,   Columbus, OH 43218-2789
5118066         E-mail/Text: cio.bncmail@irs.gov Dec 07 2018 19:08:26     Dept. of Treasury,   IRS,
                 Ogden, UT 84201-0002
5118075        +E-mail/Text: Diane@mvrlaw.com Dec 07 2018 19:08:24     Martha E. Von Rosenstiel, PC,
                 649 South Ave. #7,   Clifton Heights, PA 19018-3541
5123738        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2018 19:08:38     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
5118334        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2018 19:17:44
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5118079        +E-mail/Text: tcm.bk@icba.tcmbank.com Dec 07 2018 19:08:47     TCM Bank, NA,
                 2701 N Rocky Point Dr Suite 700,   Tampa, FL 33607-5936
                                                                                             TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +MTGLQ Investors, L.P,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5118068*       +FNCB Bank,   102 East Drinker Street,   Scranton, PA 18512-2432
5118073*       +Kim Skumanick,   61 Putnam St,   Tunkhannock, PA 18657-1203
5118071*       +Kim Skumanick,   61 Putnam Street,   Tunkhannock, PA 18657-1203
5118072*       +Kim Skumanick,   61 Putnam Street,   Tunkhannock, PA 18657-1203
                                                                                 TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   ABS REO Trust V bkgroup@kmllawgroup.com
              Jill  Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Kevin   Buttery    on behalf of Creditor   MTGLQ Investors, L.P kbuttery@rascrane.com
              Paul P Ackourey    on behalf of Debtor 1 George Paul Skumanick  ackoureyandturel@gmail.com,
               backourey@ackoureyandturel.com
```

```
District/off: 0314-5           User: MMchugh              Page 2 of 2                Date Rcvd: Dec 07, 2018
                               Form ID: ntnew341          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                    TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

George Paul Skumanick,
**Debtor 1**

Chapter 13

Case No. 5:18−bk−04304−JJT

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: January 14, 2019<br>Time: 01:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: MMchugh, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: December 7, 2018

ntnew341 (04/18)