Midland Credit Mgmt

PO Box 2011

Warren MI 48090

Portfolio Recovery Assoc

PO Box 41067

Norfolk VA 23541

Select Portfolio Servicing

PO Box 65250

Salt Lake City UT 84165-0250

Pa Dept of Revenue

1 Revenue Place

Harrisburg PA 17129