IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| GEORGE P. SKUMANICK | : | |
| | : | DOCKET NO.: 5:18-bk-04304-RNO |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | OBJECTION TO PLAN |
| | : | |
| v. | : | |
| | : | |
| GEORGE P. SKUMANICK | : | |
| | : | RELATED TO DOCKET NO.: 35 |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on March 20, 2019, by:

**5:18-bk-04304-RNO Notice will be electronically mailed to:**

Paul P. Ackourey at ackoureyandturel@gmail.com, backourey@ackoureyandturel.com

Kevin Buttery at kbuttery@rascrane.com

Charles J. DeHart, III at TWecf@pamd13trustee.com

Jill Manuel-Coughlin at jill@pkjllc.com, chris.amann@pkjllc.com, nick.bracey@pkjllc.com, samantha.gonzalez@pkallc.com, harry.reese@pkallc.com, mary.raynor-paul@pkallc.com, amanda.ruer@pkallc.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.ha.ecf@usdoj.gov

James Warmbrodt at bkgoup@kmllawgroup.com

**5:18-bk-04304-RNO Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541


EXECUTED ON: March 21, 2019

                                                    Respectfully submitted by,


                          By:    /s/ Joseph J. Swartz
                                 Counsel
                                 PA Department of Revenue
                                 Office of Chief Counsel
                                 P.O. Box 281061
                                 Harrisburg, PA 17128-1061
                                 PA Attorney I.D.: 309233
                                 Phone: (717) 346-4645
                                 Facsimile: (717) 772-1459
                                 JoseSwartz@pa.gov