```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                Case No. 18-04304-RNO
George Paul Skumanick                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: PRatchfor      Page 1 of 2      Date Rcvd: May 02, 2019
                            Form ID: ntcnfhrg    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
```
db           +George Paul Skumanick,    61 Putnam Street,    Tunkhannock, PA 18657-1203
cr           +BANK OF AMERICA N.A.,    C/O POWERS, KIRN & ASSOCIATES, LLC,
               8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980
5118064      +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
5126494       CACH, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5118067      +FNCB Bank,    102 East Drinker Street,    Scranton, PA 18512-2432
5118069      +Judd Fitze, Esq,    7 Marion St,    Tunkhannock, PA 18657-1210
5118074      +KML Law Group, PC,    Mellon Independence CTR,    701 Market St, ste 5000,
               Philadelphia, PA 19106-1541
5118070      +Kim Skumanick,    61 Putnam Street,    Tunkhannock, PA 18657-1203
5120656      +MTGLQ Investors, L.P,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
               Duluth, GA 30097-8461
5143841      +Pa Dept of Revenue,    1 Revenue Place,    Harrisburg PA 17129-0001
5118076      +Selene Finance, LP,    9990 Richmond Ave,    STE 400S,    Houston, TX 77042-8500
5118077      +Seterus,    14523 SW Millikan Way,    Dte 200,    Beaverton, OR 97005-2352
5118078      +Sheriff of Wyoming County,    1 Courthouse Square,    Tunkhannock, PA 18657-1228
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5142629       E-mail/Text: jennifer.chacon@spservicing.com May 02 2019 19:24:37     ABS REO Trust V,
               c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
5118065      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 19:24:07     Comenity Bank/Kingsize,
               PO Box 182789,    Columbus, OH 43218-2789
5118066       E-mail/Text: cio.bncmail@irs.gov May 02 2019 19:24:02     Dept. of Treasury,    IRS,
               Ogden, UT 84201-0002
5142626      +E-mail/Text: bkteam@selenefinance.com May 02 2019 19:23:59     MTGLQ Investors, L.P.,
               C/O Selene Finance, LP,    9990 Richmond Ave.,    Suite 400 South,    Houston TX 77042-4546
5118075      +E-mail/Text: Diane@mvrlaw.com May 02 2019 19:23:56     Martha E. Von Rosenstiel, PC,
               649 South Ave. #7,    Clifton Heights, PA 19018-3541
5143838      +E-mail/Text: bankruptcydpt@mcmcg.com May 02 2019 19:24:13     Midland Credit Mgmt,
               PO Box 2011,    Warren MI 48090-2011
5123738      +E-mail/Text: bankruptcydpt@mcmcg.com May 02 2019 19:24:13     Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
5143839       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 19:22:42
               Portfolio Recovery Assoc,    PO Box 41067,    Norfolk VA 23541
5142734       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 19:45:01
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
5118334      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 19:44:54
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5147314       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2019 19:24:10
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
5143840       E-mail/Text: jennifer.chacon@spservicing.com May 02 2019 19:24:37
               Select Portfolio Servicing,    PO Box 65250,    Salt Lake City UT 84165-0250
5118079      +E-mail/Text: tcm.bk@icba.tcmbank.com May 02 2019 19:24:24     TCM Bank, NA,
               2701 N Rocky Point Dr Suite 700,    Tampa, FL 33607-5936
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +MTGLQ Investors, L.P,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
               Duluth, GA 30097-8461
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5118068*     +FNCB Bank,    102 East Drinker Street,    Scranton, PA 18512-2432
5118073*     +Kim Skumanick,    61 Putnam St,    Tunkhannock, PA 18657-1203
5118071*     +Kim Skumanick,    61 Putnam Street,    Tunkhannock, PA 18657-1203
5118072*     +Kim Skumanick,    61 Putnam Street,    Tunkhannock, PA 18657-1203
                                                                                 TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2019 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
    James Warmbrodt   on behalf of Creditor   ABS REO Trust V bkgroup@kmllawgroup.com
    Jill Manuel-Coughlin   on behalf of Creditor   BANK OF AMERICA N.A. jill@pkjllc.com,
     chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
     ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
    Joseph J. Swartz   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
     RA-occbankruptcy6@state.pa.us
    Kevin Buttery   on behalf of Creditor   MTGLQ Investors, L.P kbuttery@rascrane.com
    Paul P Ackourey   on behalf of Debtor 1 George Paul Skumanick ackoureyandturel@gmail.com,
     backourey@ackoureyandturel.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                              TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

George Paul Skumanick,  
    **Debtor 1**

Chapter 13

Case No. 5:18−bk−04304−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **June 4, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 11, 2019<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRatchford, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 2, 2019 |

ntcnfhrg (03/18)