```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 18-04304-RNO
George Paul Skumanick                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: MichaelMc             Page 1 of 2           Date Rcvd: Jan 09, 2020
                              Form ID: ordsmiss           Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db             +George Paul Skumanick,    61 Putnam Street,    Tunkhannock, PA 18657-1203
cr             +BANK OF AMERICA N.A.,    C/O POWERS, KIRN & ASSOCIATES, LLC,
                 8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980
5126494         CACH, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5118067        +FNCB Bank,   102 East Drinker Street,    Scranton, PA 18512-2432
5118069        +Judd Fitze, Esq,    7 Marion St,    Tunkhannock, PA 18657-1210
5118074        +KML Law Group, PC,    Mellon Independence CTR,    701 Market St, ste 5000,
                 Philadelphia, PA 19106-1541
5118070        +Kim Skumanick,    61 Putnam Street,    Tunkhannock, PA 18657-1203
5120656        +MTGLQ Investors, L.P,    RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
5143841        +Pa Dept of Revenue,    1 Revenue Place,   Harrisburg PA 17129-0001
5118077        ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Seterus,    14523 SW Millikan Way,    Dte 200,    Beaverton, OR 97005)
5118078        +Sheriff of Wyoming County,    1 Courthouse Square,    Tunkhannock, PA 18657-1228
5241864        +Wyoming County Tax Claim Bureau,    1 Courthouse Square,    Tunkhannock PA 18657-1228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5142629         E-mail/Text: jennifer.chacon@spservicing.com Jan 09 2020 17:08:04    ABS REO Trust V,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
5118064        +EDI: BANKAMER.COM Jan 09 2020 22:08:00    Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
5118065        +EDI: WFNNB.COM Jan 09 2020 22:08:00    Comenity Bank/Kingsize,    PO Box 182789,
                 Columbus, OH 43218-2789
5118066         EDI: IRS.COM Jan 09 2020 22:08:00    Dept. of Treasury,    IRS,   Ogden, UT 84201-0002
5142626        +E-mail/Text: bkteam@selenefinance.com Jan 09 2020 17:07:29     MTGLQ Investors, L.P.,
                 C/O Selene Finance, LP,    9990 Richmond Ave.,    Suite 400 South,    Houston TX 77042-4546
5118075        +E-mail/Text: Diane@mvrlaw.com Jan 09 2020 17:07:26    Martha E. Von Rosenstiel, PC,
                 649 South Ave. #7,    Clifton Heights, PA 19018-3541
5143838        +EDI: MID8.COM Jan 09 2020 22:08:00    Midland Credit Mgmt,    PO Box 2011,
                 Warren MI 48090-2011
5123738        +EDI: MID8.COM Jan 09 2020 22:08:00    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
5143839         EDI: PRA.COM Jan 09 2020 22:08:00    Portfolio Recovery Assoc,    PO Box 41067,
                 Norfolk VA 23541
5142734         EDI: PRA.COM Jan 09 2020 22:08:00    Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
5118334        +EDI: PRA.COM Jan 09 2020 22:08:00    PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5147314         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2020 17:07:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
5143840         E-mail/Text: jennifer.chacon@spservicing.com Jan 09 2020 17:08:04
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City UT 84165-0250
5118076        +E-mail/Text: bkteam@selenefinance.com Jan 09 2020 17:07:29     Selene Finance, LP,
                 9990 Richmond Ave,    STE 400S,   Houston, TX 77042-8500
5118079        +E-mail/Text: tcm.bk@icba.tcmbank.com Jan 09 2020 17:07:53    TCM Bank, NA,
                 2701 N Rocky Point Dr Suite 700,    Tampa, FL 33607-5936
                                                                                            TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +MTGLQ Investors, L.P,   RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5118068*       +FNCB Bank,   102 East Drinker Street,    Scranton, PA 18512-2432
5118073*       +Kim Skumanick,    61 Putnam St,   Tunkhannock, PA 18657-1203
5118071*       +Kim Skumanick,    61 Putnam Street,    Tunkhannock, PA 18657-1203
5118072*       +Kim Skumanick,    61 Putnam Street,    Tunkhannock, PA 18657-1203
                                                                                 TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
    James   Warmbrodt    on behalf of Creditor    ABS REO Trust V bkgroup@kmllawgroup.com
    Jill   Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA N.A. jill@pkjllc.com,
     chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
     ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
    Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
     RA-occbankruptcy6@state.pa.us
    Kevin   Buttery    on behalf of Creditor    MTGLQ Investors, L.P kbuttery@rascrane.com
    Paul P Ackourey    on behalf of Debtor 1 George Paul Skumanick ackoureyandturel@gmail.com,
     backourey@ackoureyandturel.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                   TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

George Paul Skumanick,            Chapter     13

    **Debtor 1**

                                 Case No.     5:18–bk–04304–RNO

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: January 9, 2020                          By the Court,

*[signature: Robert N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

ordsmiss (05/18)